**2DICKINSON WRIGHT PLLC**
John L. Krieger, Esq.
Nevada Bar No. 6023
Luis E. Montanez, Esq.
Nevada Bar No. 16281
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: 702-550-4400
Fax: 844-670-6009
Email: jkrieger@dickinsonwright.com
Email: lmontanez@dickinsonwright.com
*Attorneys for DVJLAK 1 Incorporated d/b/a/*
*Street Taco and Beer Co.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DVJLAK 1 Incorporated d/b/a STREET TACO AND BEER CO., an Arizona corporation, <br><br> Plaintiff, <br><br> vs. <br><br> STREET TACOS AL VAPOR, LLC, a Nevada limited liability company, <br><br> Defendant. | Case No.: 2:25-cv-01725-JAD-BNW <br><br> **JOINT STIPULATION AND ORDER TO DISMISS** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff DVJLAK 1 Incorporated d/b/a STREET TACO AND BEER CO., and Defendant STREET TACOS AL VAPOR, LLC (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to dismiss all claims and defenses in this case. The parties state the following in support of this Stipulation to Dismiss:

1.      The parties have reached a confidential agreement resolving all claims and defenses in this case.

2.      Pursuant to Rule 41(a)(1)(ii), the Parties jointly file this Stipulation to Dismiss all remaining claims and defenses in this case pursuant to agreement of the Parties, with each party to bear its own costs and attorneys' fees.

1

3.       The Parties have also agreed this Court shall maintain jurisdiction for the purpose of making any further orders necessary or proper for the interpretation, modification or enforcement of the terms of the underlying agreement. See *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994) (permitting federal courts to maintain jurisdiction over settlement agreements so long as jurisdiction expressly retained in order of dismissal); *Ortlof v. Silver Bar Mines, Inc.*, 111 F.3d 85, 87-88 (9th Cir. 1997) (applying *Kokkonen* exception).

**IT IS SO STIPULATED.**

Dated:  July 2, 2026.

| **DICKINSON WRIGHT PLLC** | **GREENBERG TRAURIG LLP** |
|---|---|
| */s/ John L. Krieger* | */s/ Kim Cooper* |
| John L. Krieger, Esq. | Kim Cooper, Esq. |
| Nevada Bar No. 6023 | Nevada Bar No. 9533 |
| Luis E. Montanez, Esq. | Mark Tratos, Esq. |
| Nevada Bar No. 16281 | Nevada Bar No. 1086 |
| 3883 Howard Hughes Parkway, Suite 800 | 10845 Griffith Peak Drive, Suite 600 |
| Las Vegas, NV 89169 | Las Vegas, Nevada 89135 |
| Telephone: (702) 550-4400 | Telephone: (702) 792-3773 |
| *Attorneys for DVJLAK 1 Incorporated d/b/a/ Street Taco and Beer Co* | *Attorneys for STREET TACOS AL VAPOR, LLC* |

**ORDER**

Based on the parties' stipulation [ECF No. 7] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

_____

The Hon. Jennifer A. Dorsey
UNITED STATES DISTRICT JUDGE

DATED: July 2, 2026



2